# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report Required by the Ethics Reform Act of 1989, Pub L No. 101-194, November 30, 1989 (5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Berzon, Marsha S. | Nominee, US Ct. App. 9th Cir. | 01/19/1998 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
|  | X Nomination, Date 01/27/1998 <br> Initial  Annual  Final | 01/01/1997 <br> to <br> 01/19/1998 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Altshuler, Berzon, et. al <br> 177 Post St. Suite 300 <br> San Francisco, CA 94108 | Reviewing Officer _____ Date |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Partner | Altshuler, Berzon, Nussbaum, Berzon & Rubin |
| 2 | |
| 3 | |

## II. AGREEMENTS (Reporting individual only; see pp.14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | PARTIES AND TERMS | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 1998 | Altshuler, Berzon, Nussbaum, Berzon & Rubin | $ 5,625.00 |
| 2 1997 | Altshuler, Berzon, Nussbaum, Berzon, & Rubin | $ 383,074.00 |
| 3 1996 | Altshuler, Berzon, Nussbaum, Berzon & Rubin | $ 292,157.00 |
| 4 1998 | Altshuler, Berzon, Nussbaum, Berzon & Rubin (S) | |
| 5 1997 | Altshuler, Berzon, Nussbaum, Berzon & Rubin (S) | |

27-A

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Berzon, Marsha S. | 01/19/1998 |

## IV. REIMBURSEMENTS and GIFTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements or gifts) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. OTHER GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

* VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
0=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

27-C

## VII. Page 1 INVESTMENTS and TRUSTS
*— income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (no reportable income, assets, or transactions) | | | | | | | | | |
| 1 Bank of America, San Francisco, CA - checking account | A | Interest | J | T | | | | | |
| 2 Coca Cola Common Stock (J) | A | Dividend | L | T | | | | | |
| 3 Galileo Common Stock (J) | | None | K | T | | | | | |
| 4 John H. Harland Common Stock (J) | A | Dividend | K | T | | | | | |
| 5 Mattel Common Stock (J) | A | Dividend | J | T | | | | | |
| 6 Quaker Oats Common Stock (J) | A | Dividend | J | T | | | | | |
| 7 California State Anticipation Notes (J) | D | None | | T | | | | | |
| 8 Dreyfus Appreciation Fund (J) | A | Dividend | K | T | | | | | |
| 9 Dreyfus Emerging Leader Fund (J) | C | Dividend | K | T | | | | | |
| 10 Dreyfus New Leaders Fund (J) | D | Dividend | L | T | | | | | |
| 11 Jurika & Voyles Mini Cap Fund (J) | F | Dividend | N | T | | | | | |
| 12 Robertson Stephens Growth & Income Fund | E | Dividend | M | T | | | | | |
| 13 Van Wagoner Emerging Growth Fund (J) | | None | K | T | | | | | |
| 14 Van Wagoner Micro Cap Fund (J) | | None | K | T | | | | | |
| 15 Fidelity Spartan California Muni Money Market Fund (J) | E | Dividend | O | T | | | | | |
| 16 Schwab California Muni Money Fund (J) | B | Dividend | L | T | | | | | |
| 17 Schwab Cal. Muni Money Fund Value Advantage Shares (J) | C | Dividend | M | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 2 INVESTMENTS and TRUSTS

*— income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (no reportable income, assets, or transactions) | | | | | | | | | |
| 18 American Funds Inv. Co. of America Fund(IRA) | E | Dividend | N | T | | | | | |
| 19 American Funds Europacific Growth Fund (IRA) | C | Dividend | L | T | | | | | |
| 20 American Funds Small Cap World Fund (prof.shar.plan) | A | Dividend | J | T | | | | | |
| 21 American Funds Washington Mutual Fund (IRA) (S) | D | Dividend | L | T | | | | | |
| 22 AIM Weingarten Fund (Prof.Shar.Plan) (S) | D | Dividend | K | T | | | | | |
| 23 AIM Constellation Fund (Prof. Shar. Plan) (S) | D | Dividend | L | T | | | | | |
| 24 AIM International Equity Fund (prof. shar. plan) (S) | A | Dividend | J | T | | | | | |
| 25 AIM Global Agg. Growth Fund (prof. shar. plan) (S) | | None | J | T | | | | | |
| 26 AIM Agg. Growth Fund (profit sharing plan) (S) | C | Dividend | L | T | | | | | |
| 27 AIM Constellation Fund (money purch. plan) (S) | A | Dividend | J | T | | | | | |
| 28 AIM Global Agg. Fund (money purch. plan) (S) | | None | J | T | | | | | |
| 29 American Funds INv. Co. of America Fund (DC) | C | Dividend | K | T | | | | | |
| 30 Jurika & Voyles (DC) | C | Dividend | K | T | | | | | |
| 31 AT&T Common Stock (J) | A | Dividend | J | T | | | | | |
| 32 Bell Atlantic Common Stock (J) | A | Dividend | J | T | | | | | |
| 33 Bell South Common Stock (J) | A | Dividend | J | T | | | | | |
| 34 AIM Weingarden Fund Money Purchase Plan (s) | B | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |